**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DOUGLAS R. STAAS,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　Case No. 8:05-CV-2363-T-24MAP

JAMES R. MCDONOUGH,

    Respondent.
_____/

**ORDER**

This cause is before the court upon Petitioner Douglas R. Staas's ("Staas") motion for leave to appeal in forma pauperis (Dkt. 14) received by the Court on March 13, 2007.

The Court denied Staas's § 2254 petition for writ of habeas corpus by order entered on February 8, 2007. (Dkt. 11). In that order, this Court ordered that Staas was not entitled to appeal in forma pauperis (Dkt. 11, pp. 32-33). Thus, upon review of the instant motion, the Court orders:

That Staas's motion for leave to appeal in forma pauperis (Dkt. 14) is DENIED.

ORDERED at Tampa, Florida, on March 14, 2007.

                                                                                     */s/ Susan C. Bucklew*
                                                                       SUSAN C. BUCKLEW
                                                                       United States District Judge

Counsel of Record
Douglas R. Staas